U.S. DISTRICT COURT
**UNITED STATES DISTRICT COURT**  DISTRICT OF N.H.
**DISTRICT OF NEW HAMPSHIRE**  FILED

**In the Matter of the Application**  2011 JAN -7  A 11: 55
**for a Search Warrant for**  1:11-mj-$\partial\partial$-Lm
**Computer servers at Yahoo!, Inc.,**  **UNDER SEAL - LEVEL I**
**an email provider,**
**headquartered at 701 First Avenue,**
**Sunnyvale, CA 94089**

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the

government seeking an Order precluding Yahoo!, Inc. ("Yahoo")

from notifying any person of the existence of the Search Warrant

pertaining the e-mail accounts "save_nice020@yahoo.com,"

"save4nice@yahoo.com," "just4you201060@yahoo.com,"

"just4you@201070@yahoo.com," and "doilitrii@yahoo.com, finds that

there is reason to believe that notification of the existence of

the Search Warrant will result in the destruction of or tampering

with evidence or otherwise will seriously jeopardize the

investigation.

THEREFORE IT IS ORDERED that Yahoo shall not notify any

person of the existence of the Search Warrant, for a period of

ninety (90) days.

January 7, 2011

Landya B. McCafferty
United States magistrate Judge