UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for                     1:11-mj-2
Computer servers at Yahoo!, Inc.,            UNDER SEAL - LEVEL I
an email provider,
headquartered at 701 First Avenue,
Sunnyvale, CA 94089

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the

government seeking an extension of the Order precluding Yahoo!,

Inc. ("Yahoo") from notifying any person of the existence of the

Search Warrant pertaining the e-mail accounts

"save_nice020@yahoo.com," "save4nice@yahoo.com,"

"just4you201060@yahoo.com," "just4you@201070@yahoo.com," and

"doilitrii@yahoo.com, finds that there is reason to believe that

notification of the existence of the Search Warrant will result

in the destruction of or tampering with evidence or otherwise

will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo shall not notify any

person of the existence of the Search Warrant, for a period of

ninety (90) days.

April 7, 2011                    /s/ Landya B. McCafferty

                                 Landya B. McCafferty
                                 United States magistrate Judge